## NUNAN v. SUPERIOR COURT.

### No. 9513; July 26, 1884.

#### 4 Pac. 416.

**Certiorari.**—Where the Superior Court has Jurisdiction over the subject matter and the party, an application for a writ of certiorari or review will be denied.

Application for a writ of certiorari or review, to review an order committing the petitioner for contempt, for failing to pay over moneys alleged to have been received by him as sheriff to plaintiff's attorney in the court below. The petition showed that the order to pay was made on notice to the petitioner.

M. C. Hassett for petitioner; W. R. Daingerfield for respondent.

By the COURT.—Application for writ of review. The superior court had jurisdiction over the subject matter and the party.

Application denied.